James R. Knoles, Esq. CBN 138462
BREWER & BREWER
4533 MacArthur Blvd., Ste, 707
Newport Beach, CA 92660
Tel: (714) 424-6300
Fax: (714) 424-6313

Attorneys for Assignee of Record
THE CADLE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BEST SERVICE CO., a Partnership, | Case No.: CV 93-6759 LGB (JGx) |
| Plaintiff, | [PROPOSED] ORDER FOR RENEWAL OF JUDGMENT |
| vs. | |
| PETER L. ODORICO, | |
| Defendant. | |

IT IS ORDERED:

1. Renewal of money judgment should be entered as follows:

   a. Judgment Amount................... $ 87,904.72

   b. Costs After Judgment.............. $      0.00

   c. Subtotal........................... $ 87,904.72

   d. Credits After Judgment............ $      0.00

   e. Subtotal........................... $ 87,904.72

   f. Interest After Judgment........... $ 87,856.53

   g. **Total Renewed Judgment**        **$ 175,761.25**

Order for Renewal of Judgment - 1

2. Judgment should be entered in favor of Assignee of Record, THE CADLE COMPANY, in the sum of $175,761.25, and against Defendant, PETER L. ODORICO.

DATE: 2/3/04

_Barbara Gray_
United States District ~~Court Judge~~
Deputy CLERK